IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 16-cv-00070-MSK

ANGELA COLLINS,

    Plaintiff,

v.

DKL VENTURES, LLC, and
ERIC DAVID LEWIS,

    Defendant.

---

## ORDER SETTING RULE 16 HEARING

---

**THIS MATTER** comes before the Court upon a Complaint filed by the Plaintiff bringing a collective action under the Fair Labor Standards Act (FLSA), 29 U.S.C. §§ 201, *et seq.* In light thereof, a hearing pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1 is necessary.

**IT IS ORDERED**:

(1)     A hearing is set for **April 4, 2016**, at **1:00 p.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado. Counsel shall bring their calendars.

(2)     Prior to the hearing, the parties shall meet and confer about the following issues and be prepared to address them at the hearing:

- Whether there is a dispute over procedures for giving *Hoffman-LaRoche* notice to other employees.
- A schedule for giving notice and a deadline for filing opt-in notices.
- Whether the Plaintiff intends to seek Rule 23 class action certification for any non-FLSA claims. If so, a schedule and process for doing so.
- Other appropriate issues enumerated in Fed. R. Civ. P. 16(c).

    (3)    If the Defendants have not been served with the Summons and Complaint, this Order shall be served together with the Summons and Complaint within ten (10) days of the date of this Order.

**This is not a scheduling conference.  Please do not submit a proposed scheduling order.**  This hearing does not substitute for a scheduling conference before the Magistrate Judge.

Dated this 21st day of January, 2016.

                              **BY THE COURT:**

_____

                              Marcia S. Krieger
                              Chief United States District Judge