**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE  MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy:   Patricia Glover<br>Court Reporter:        Julie Thomas | Date:   March 12, 2018 |

Civil Action No. 16-cv-00070-MSK-KMT

| *Parties*: | *Counsel Appearing:* |
|---|---|
| ANGELA COLLINS, on behalf of herself, individually and on behalf of all others similarly situated, | Adam Murdoch-Kitt Harrison |
| Plaintiff, | |
| v. | |
| DKL VENTURES, LLC a Colorado corporation doing business as Select Home Care;<br>ERIC DAVID LEWIS, in his individual and corporate capacities, | Erik Schuessler |
| Defendants. | |

## COURTROOM MINUTES

HEARING:      Final Fairness Hearing

**9:13 a.m.      Court in session.**

Oral findings are made of record and incorporated herein.

**ORDER:**      The terms of the Rule 23 class action settlement are fair, reasonable and adequate. The Joint Motion for Order (**Doc. #67**) is **GRANTED** and the Motion for Attorney Fees and Costs (**Doc. #68**) is **GRANTED**.

**9:16 a.m.      Court in recess.**
**Total Time:   3 minutes.**
**Hearing concluded.**